IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN J. DANIELS,

    Petitioner,                    No. CIV S-08-1556-GGH P

    vs.

GLENN COUNTY SUPERIOR COURT,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        Petitioner's habeas petition is also not prepared on a habeas corpus form.  Because it is not prepared on a form, important information is missing such as the date of petitioner's conviction and the length of his sentence.  For this reason, the petition is dismissed with leave to file an amended petition on the proper form.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an

1  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
2  petitioner's failure to comply with this order will result in the dismissal of this action;
3          2. The petition is dismissed with thirty days leave to file an amended petition;
4          3. The Clerk of the Court is directed to send petitioner a copy of the in forma
5  pauperis form used by this district and the form for a habeas corpus petition pursuant to 28
6  U.S.C. § 2254.
7  DATED: 07/22/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:cm
dani1556.101a