IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN J. DANIELS,

    Petitioner,               No. CIV S-08-1556 GGH P

  vs.

GLENN COUNTY SUPERIOR COURT,

    Respondent.          ORDER

_____/

By order filed September 10, 2008, petitioner was ordered to show cause, within thirty days, why his action should not be dismissed for his failure to exhaust state court remedies. The thirty day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: December 15, 2008

                                              /s/ Gregory G. Hollows
                                             UNITED STATES MAGISTRATE JUDGE

GGH:035
dani1556.fsc